# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:14–cv–06433–RBS

LUTZ v. COMMUNITY HEALTH SYSTEMS, INC. et al
Assigned to: HONORABLE R. BARCLAY SURRICK
Cause: 28:1332 Diversity–Breach of Contract

Date Filed: 11/07/2014
Date Terminated: 02/19/2015
Jury Demand: None
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**WILLIAM LUTZ**
*INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*

represented by **BRIAN D. PENNY**
GOLDMAN SCARLATO KARON & PENNY PC
101 E. LANCASTER AVE., SUITE 204
WAYNE, PA 19087
484–342–0700
Email: penny@gskplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**COMMUNITY HEALTH SYSTEMS, INC.**
*A DELAWARE CORPORATION*

represented by **DANIEL A. CUTLER**
BURNS WHITE LLC
100 FOUR FALLS SUITE 515
1001 CONSHOHOCKEN STATE ROAD
WEST CONSHOHOCKEN, PA 19428
484–567–5700
Email: dacutler@burnswhite.com
*ATTORNEY TO BE NOTICED*

**STUART TURVILLE O'NEAL , III**
BURNS WHITE LLC
100 FOUR FALLS SUITE 515
1001 CONSHOHOCKEN STATE ROAD
WEST CONSHOHOCKEN, PA 19428
484–567–5747
Email: soneal@burnswhite.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION**
*A DELAWARE CORPORATION*

represented by **THEODORE J. KOBUS , III**
BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
212–589–4200
Email: tkobus@bakerlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2014 | Ï 1 | COMPLAINT against COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION, COMMUNITY HEALTH SYSTEMS, INC. ( Filing fee $ 400 receipt number 110968.), filed by WILLIAM LUTZ.(pod, ) (Entered: 11/10/2014) |
| 11/07/2014 | Ï | DEMAND for Trial by Jury by WILLIAM LUTZ. (pod, ) (Entered: 11/10/2014) |
| 11/07/2014 | Ï | Summons Issued as to COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION, COMMUNITY HEALTH SYSTEMS, INC.. Two Forwarded To: Counsel on 11/10/2014. (pod, ) (Entered: 11/10/2014) |
| 11/18/2014 | Ï 2 | AFFIDAVIT of Service by Michael Flynn re: served Summons upon Rose O'Neil by In Person on 11/17/2014 (PENNY, BRIAN) (Entered: 11/18/2014) |
| 11/18/2014 | Ï 3 | AFFIDAVIT of Service by Michael Flynn re: served Summons upon Rose O'Neil by In Person on 11/17/2014 (PENNY, BRIAN) (Entered: 11/18/2014) |
| 12/08/2014 | Ï 4 | MOTION to Stay *or Extension to Respond (Uncontested)* filed by COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION.brief. (Attachments: # 1 Brief, # 2 Certificate of Conferral, # 3 Proposed Order)(KOBUS, THEODORE) (Entered: 12/08/2014) |
| 12/08/2014 | Ï 5 | Disclosure Statement Form pursuant to FRCP 7.1 including Community Health Systems, Inc. by COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION.(KOBUS, THEODORE) (Entered: 12/08/2014) |
| 12/09/2014 | Ï 6 | NOTICE of Appearance by STUART TURVILLE O'NEAL, III on behalf of COMMUNITY HEALTH SYSTEMS, INC. with Certificate of Service(O'NEAL, STUART) (Entered: 12/09/2014) |
| 12/09/2014 | Ï 7 | Notice of Joinder in 4 Motion *to Stay or Extension to Respond* filed by COMMUNITY HEALTH SYSTEMS, INC. Certificate of Service.(O'NEAL, STUART) Modified on 12/12/2014 (tjd). (Entered: 12/09/2014) |
| 12/11/2014 | Ï 8 | ORDER THAT THE MOTION TO STAY ALL PROCEEDINGS IS GRANTED. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 12/10/2014. 12/11/2014 ENTERED AND COPIES E–MAILED AND FAXED BY CHAMBERS.(kp, ) (Entered: 12/11/2014) |
| 12/11/2014 | Ï 9 | ORDER THAT COMMUNITY HEALTH SYSTEMS INC.'S MOTION FOR JOINDER IS GRANTED. SIGNED BY HONORABLE R. BARCLAY SURRICK ON 12/10/2014.12/10/2014 ENTERED AND COPIES E–MAILED AND FAXED BY CHAMBERS(kp, ) Modified on 12/15/2014 (tjd). (Entered: 12/11/2014) |
| 12/19/2014 | Ï 10 | NOTICE of Appearance by DANIEL A. CUTLER on behalf of COMMUNITY HEALTH SYSTEMS, INC. with Certificate of Service(CUTLER, DANIEL) (Entered: 12/19/2014) |
| 02/19/2015 | Ï 11 | Certified Copy of Conditional Transfer Order that the action on the attached schedule is transferred under 28 USC 1407 to the Northern District of Alabama and with the consent of that court assigned to the Honorable Karon O. Bowdre. Signed 2/17/2015 by Jeffery N. Luthi, Clerk of the Panel. (kp, ) (Entered: 02/19/2015) |